UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. 4:22-cr-114 |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess With |
| DENNIS RODRIGUEZ KINCHEN, | ) | Intent to Distribute and to |
| SHERMAN LEVON SCOTT, | ) | Distribute Controlled |
| ANGEL AMARAL, | ) | Substances (Cocaine, |
| JACQUELINE SOMESSO, | ) | Methamphetamine, Cocaine |
| TONY HELDORE | ) | Base, Heroin, Marijuana) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| | ) | Distribute and Distribution a |
| | ) | Controlled Substances |
| | ) | (Cocaine, Methamphetamine, |
| | ) | Cocaine Base, and Heroin) |
| | ) | |
| | ) | 21 U.S.C. § 856(a)(1) |
| | ) | Maintaining Drug-Involved |
| | ) | Premises |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Offense |
| | ) | |
| | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |
| | ) | |
| | ) | 18 U.S.C. § 287 |
| | ) | False, Fictitious, or Fraudulent |
| | ) | Claims |
| | ) | |
| | ) | 18 U.S.C. § 1344 |
| | ) | Bank Fraud |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | Conspiracy to Launder Money |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |

## AMEDNDED PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:**
**Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**
*21 U.S.C. § 846*
- Imprisonment of **not less than** 10 years or more than life;
- Fine of not more than $10,000,000;
- Supervised release term of at least 5 years;
- $100 special assessment.

**Counts 2-4:**
**Maintaining Drug-Involved Premises**
*21 U.S.C. § 856(a)(1)*
- Imprisonment of not more than 20 years;
- Fine of not more than $500,000;
- Supervised release term of not more than 3 years;
- $100 special assessment.

**Counts 5-7, 9, 12, 15:**
**Possession with Intent to Distribute a Controlled Substance (28 grams or more of cocaine base, 500 grams of more of cocaine)**
*21 U.S.C. § 841(a)(1)*
- Imprisonment of **not less than** 5 years, not more than 40 years;
- Fine of not more than $5,000,000;
- Supervised release term of at least 4 years;
- $100 special assessment.

**Count 8:**
**Bank Fraud**
*18 U.S.C. § 1344*
- Imprisonment of not more than 30 years;
- Fine of not more than $1,000,000;
- Supervised release term of not more than 5 years;
- $100 special assessment.

**Count 10:**
**False, fictitious or fraudulent claims**
*18 U.S.C. § 287*
- Imprisonment of not more than 5 years;
- Fine of not more than $250,000;
- Supervised release term of not more than 3 years;
- $100 special assessment.

**Count 11:**
**Conspiracy Money Laundering**
*18 U.S.C. § 1956*
- Imprisonment of not more than 20 years;
- Fine of not more than $500,000, or twice the value of the property involved in the transaction, whichever is greater;
- Supervised release term of not more than 3 years;
- $100 special assessment.

**Count 13:**
**Possession of Firearm in Furtherance of a Drug Trafficking Crime**
18 U.S.C. § 924(c)
*Consecutive to any other sentence*:
- Imprisonment of **not less than** 5 years, not more than life;
- Fine of not more than $250,000,
- Supervised release term of not more than 5 years;

**Count 14:**
**Prohibited Person in Possession of Firearm(s)**
*18 U.S.C. § 922(g)(1)*
- Imprisonment for not more than 10 years;
- Fine of not more than $250,000;
- Supervised release term of not more than 3 years;
- $100 special assessment.

*\*However, should defendant be found to have three previous convictions for a violent crime or serious drug offense, or both, committed on occasions different from one another, the term of imprisonment would be not less than fifteen years, a fine not more than $250,000, not more than five years of supervised release and a $100 special assessment. 18 U.S.C. §924(e).*

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***s/ Marcela C. Mateo***
Marcela C. Mateo
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 26th day of August 2022.

                                         DAVID H. ESTES
                                         UNITED STATES ATTORNEY

                                         *s/ Marcela C. Mateo*
                                         Marcela C. Mateo
                                         Assistant United States Attorney
                                         Georgia Bar No. 397722

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: marcela.mateo@usdoj.gov