**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:22-CR-114** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DENNIS RODRIGUEZ KINCHEN** | ) | |

**GOVERNMENT'S FIRST CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials identified as "Discovery #1" were made available to new defense counsel Skye Ellen Musson via hard drive on October 21, 2022, due to special circumstances and facilitate faster delivery of such materials.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***s/ Marcela C. Mateo***
Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: marcela.mateo@usdoj.gov

**ATTACHMENT A**
**Discovery No. 1 Index**

**Produced via hard drive on October 21, 2022**

| Folder | Contents |
|---|---|
| Discovery | 2.) PRTT (DWNLDS)<br>3.) TRACKER DATA (Electronic Data Report_Records)<br>4.) DEFENDANT PROFILES<br>5.) ELECTRONIC EVIDENCE (Audio-Video-Photos)<br>6.) State APPLICATIONS-ORDERS<br>7.) Federal APPLICATIONS-ORDERS<br>8.) FINANCIAL COMMUNICATIONS & RECORDS<br>9.) ADM SUBPOENAS-RECORDS<br>10.) EVIDENCE FORMS_RECEIPTS<br>11.) REPORTS<br>12.) RECORDS<br>13.) 404(b) RECORDS<br>14.) FIREARMS<br>15.) DEVICE DOWNLOADS<br>16.) INMATE JAIL COMMUNICATIONS (CCDC_Paytel)<br>SENSITIVE CASE MATERIALS<br>Subpoena_Doc<br>All Eyes On Me_Drug Weights.xlsx<br>Discovery #1Letter.docx<br>LimitedDisclousreOrder-CNT.pdf<br>SealRecordsOrder-CNT-210212054.pdf |
| 2.) PRTT (DWNLDS) | 4783539572 prtt<br>4784846057pen<br>6313836869prtt<br>7866767413 prtt |
| 3.) TRACKER DATA (Electronic Data Report_Records) | DE7E4BBCA39680481EBFC2B5B8D0298BBE<br>DE0926BDB806DD4C369D4913F07A623DEB |
| 4.) DEFENDANT PROFILES | 1.) ANGEL AMARAL<br>2.) DENNIS KINCHEN<br>3.) SHERMAN SCOTT<br>4.) JACQUELINE SOMESSO<br>5.) TONY HELDORE<br>6.) RAMON WRIGHT |

| | |
|---|---|
| 5.) ELECTRONIC EVIDENCE (Audio-Video-Photos) | 01.07.2022 - Hollywood Resupply (Kinchen-Amaral-Gonzalez)<br>01.20.2022 - Savannah Quarters_KINCHEN_SCOTT<br>01.27.2022 - HWY 17 KINCHEN_COFFEE Meet<br>01.29.2022 Hollywood Video (KINCHEN_AMARAL Meets 2918 Cleveland Street)<br>6 Cassidy Court (SCOTT-Altima)<br>7.21.21 4 BURNT OAK - WHT VAN-MUNGIN<br>08.09.21 KITCHEN-TONY Meet @ Yard (Hwy 17-Photos)<br>08.10.21 SCOTT-KITCHEN Meet Publix (Pooler-Photos)<br>08.11.21 KITCHEN-SCOTT Meet @ Lowes (Pooler)(Photos)<br>08.19.21 Xfinity Trucking<br>08.26.21 KITCHEN-SOMESSO DISTILLERY MLK (photos)<br>08.27.21 Infiniti Trucking Yard-Ogeechee (Photos)<br>8.9.21 KINCHEN-HELDORE-MEETS (YARD-POOLER)<br>8.10.21 KINCHEN-SCOTT MEETS (POOLER)<br>8.11.21 KINCHEN-SCOTT MEET (LOWES-POOLER)<br>8.18-19.21 315 COMMERCIAL, D-8 - INFINITY<br>8.26.21 416 W LIBERTY (KINCHEN-SOMESSO)<br>8.27.21 INFINITY TRUCK YARD HWY 17<br>10.22.21 - Hollywood - KINCHEN_AMARAL<br>325 WESTBROOK LANE 9.8.21<br>2017 LEWDEN ST VIDEOS<br>CONT BUY 02.12.21<br>CONT BUY 03.22.21<br>CONT BUY 05.04.21<br>CONT BUY 06.02.21<br>DEA-ATL Wire Intercepts (4044922097)<br>MISC<br>SEARCH WARRANT PHOTOS<br>UPS Seizure (Marijuana - 09.01.21) |
| 6.) State APPLICATIONS-ORDERS | 1.) PRTT (pdf_court docs)<br>2.) T-III (pdf_court docs)<br>3.) SEARCH WARRANTS (pdf_court docs)<br>Motion-Limited Discl..pdf<br>PRTT Returns.pdf |

| | |
|---|---|
| 7.) Federal APPLICATIONS-ORDERS | 421mj-64 [74468]_Search Warrant-240 Deerwood Trail_KINCHEN_Maroon Dodge.pdf<br>421mj64 Dated Docs - Electronics SW.pdf<br>421mj64 KINCHEN Tracking Warrant sealed filed docs.signed_returnLP.pdf<br>421mj64 sealed filed (JOHNSON cell-site).pdf<br>421mj64 sealed filed (JOHNSON cell-site.2).pdf<br>421mj64 sealed filed docs [2021 Dodge Ram KINCHEN TRACKER].pdf<br>421mj64 sealed filed docs [Silver F150_KINCHEN TRACKER].pdf<br>421mj64 sealed filed docs_Device Search Warrant.pdf<br>421mj-64 total [KINCHEN cell-site].pdf<br>421mj-64 total.pdf<br>421mj-64_Dennis KINCHEN&240DeerwoodTrailDublinGA.signed.pdf<br>2021-6-17-421mj64-Application and Affidavit (1).pdf<br>2021-6-17-421mj64-Application and Affidavit (SCOTT).pdf<br>2021-6-17-421mj64-Motion and Order to Seal (SCOTT).pdf<br>2021-6-17-421mj64-Motion and Order to Seal.pdf<br>2021-6-17-421mj64-Search Warrant (SCOTT).pdf<br>2021-6-17-421mj64-Search Warrant.pdf<br>Sealed Doc 39.pdf<br>Sealed Doc 40.pdf<br>Sealed Doc 41.pdf<br>Sealed Doc 42.pdf<br>Seizure Warrant Return Colony Bank Acc#1752 & 6624.pdf<br>Seizure Warrant Return Colony Bank Acc#6794.pdf<br>421mj64 Sealed Doc 64.pdf<br>421mj64 Sealed Doc 63.pdf |
| 8.) FINANCIAL COMMUNICATIONS & RECORDS | Financial Communications (by DEFENDANT)<br>Financial Records<br>Bank Account Freeze Letter_Colony Bank-.pdf<br>Colony Bank Freeze Notice CD#6624 & ICA#231151752[80617].pdf<br>DEA Bank Account Freeze Letter_Morris Bank_DRK.pdf<br>Goggans et al, Subpoena.pdf<br>Liquid Cafe LLC Subpoena.pdf<br>Report of Seizure to Laurens County DA.pdf |

9.) ADM SUBPOENAS-RECORDS
(470) 9.13.21
09.01.21
09.09.21
09.10.21
10.15.21
12.14.21
12.16.21
918
3053597159
3076290935
4044237008
4044237008 (RICO NOLTON)
4044922097
4047726534
4706628327
4709557346
5307640081
6783606830
6787637410
7704079319
7866762051
8439418399
9122249091
9123069946 4706628327
9123238739
9123359087
9123446191
9123465980
9123530830
9124282504
9124286217
9124339236 9126771622
9125259515
9125721066
9126595223
9126929949
9127048254
ADM SUBP
ADM SUBP 0672 - 1599
BB&T - BEAUFORT Records
BULK
CASH AP (BEAUFORT)
DHL

7

Discovery Package 1
United States v. Dennis Rodriguez Kinchen et al.

| | |
|---|---|
| | ENTERPRISE RENTAL (KICHEN)<br>Enterprise Rental_.2(KINCHEN)<br>Enterprise Subpoena Returns<br>G9_22-154861_1-9546545324<br>G9-21-239281_1-7705976779<br>G9-21-276120_1-4422503932<br>G9-21-305908_1-3076290935<br>IMSI 310410311198859 (JOHNSON - 9126918054<br>KINCHEN 9.27.21<br>Records_8327<br>SWINTON<br>TMOBILE G9-21-428215<br>TMOBILE G9-21-428849<br>TT-5 Mediations<br>UPS<br>account.csv<br>ATT_G9-21-239271_1-9123448602_LDS-100_57008653 (1).txt<br>ATT_G9-21-239271_1-9123448602_LDS-101_57008663.txt<br>ATT_G9-21-239271_1-9123448602_LDS-101_57008668.txt<br>balances.csv<br>events.csv<br>phones.csv<br>readme.txt<br>ReportCT_3258270.txt |

8

Discovery Package 1
United States v. Dennis Rodriguez Kinchen et al.

| | |
|---|---|
| 10.) EVIDENCE FORMS_RECEIPTS | Drug EVD-Chain Custody Forms_Receipts (CNT-DEA).pdf<br>EVD Receipt - FBI DNA Gun Submission.pdf<br>Exhibit N-3_48A_XFER_to_CNT[75338].pdf<br>Exhibit#1_Final Report_2022511173729_Mid-Atlantic_Redacted.pdf<br>Exhibit#2_Final Report_2022510175922_Mid-Atlantic_Redacted.pdf<br>Exhibit#3_Final Report_2022510175954_Mid-Atlantic_Redacted.pdf<br>Exhibit#4_Final Report_202256172808_Mid-Atlantic_Redacted.pdf<br>Exhibit#5_Final Report_2022511173800_Mid-Atlantic_Redacted.pdf<br>Exhibit#6_Final Report_2022511173830_Mid-Atlantic_Redacted.pdf<br>Exhibit#7_Final Report_2022511173901_Mid-Atlantic_Redacted.pdf<br>Exhibit#8_Final Report_2022511173931_Mid-Atlantic_Redacted.pdf<br>Exhibit#9_Final Report_2022511174001_Mid-Atlantic_Redacted.pdf<br>Exhibit#10_Final Report_2022510180025_Mid-Atlantic_Redacted.pdf<br>Exhibit#11_Final Report_2022623150909_Mid-Atlantic_Redacted.pdf<br>Exhibit#19_Final Report_2022328181532_Mid-Atlantic_Redacted.pdf<br>Exhibit#20_Final Report_2022328181558_Mid-Atlantic_Redacted.pdf<br>Exhibit#21_Final Report_2022328181624_Mid-Atlantic_Redacted.pdf<br>Exhibit#22_Final Report_2022328181507_Mid-Atlantic_Redacted.pdf<br>Millers Coins&CurrencyAppraisal[75337].pdf<br>R-115 (EX-SS-1).pdf<br>R-116 (EX-SS-2).pdf<br>R-121 (EX-SS-3).pdf<br>R-122 (EX-SS-4).pdf<br>R-127 (ND-SS-1_1.4).pdf<br>R-132 (EX-USPS-1).pdf<br>R-133 (EX-SS-1_Sentry Safe).pdf<br>R-134 (ND-SS-1).pdf<br>R-135 (EX-CR-1).pdf<br>R-136 (ND-CR-5).pdf<br>R-137 (ND-CR-2).pdf<br>R-138 (ND-CR-4).pdf<br>R-139 (ND-CR-3).pdf<br>R-140 (ND-CR-1).pdf<br>R-141 (ND-RW-1).pdf<br>R-142 (N-DEA-1).pdf<br>R-143 (N-DNA-1).pdf<br>R-228 (N-1).pdf<br>R-235 (EX-DWT-1_6).pdf<br>R-236 (N-DWT-1_5).pdf<br>R-237 (N-DWT-6_7).pdf<br>R-238 (EX-DK-1).pdf<br>R-239 (EX-WB-1).pdf<br>R-240 (ND-WB-4_3_9_10).pdf<br>R-241 (ND-WB-1_8_2).pdf<br>R-242 (ND-WB-5_6_7_9_11_12).pdf<br>R-243 (ND-WB-13_14).pdf<br>R-243(ND-WB-13_14(a)).pdf<br>R-244 (ND-CSW-1_2_5_8).pdf<br>R-244 (receipt).pdf<br>R-244(ND-CSW-1_2_5_8(a)).pdf<br>R-245 (EX-CSW-1_6).pdf<br>R-246 (CD-CSW-3_4_6_7_9_10_11_12_13).pdf<br>R-247 (N-DWT-8).pdf<br>R-248 (ND-SV-1_3).pdf<br>R-249 (ND-SV-2_4).pdf<br>R-249 (receipts).pdf<br>R-249(ND-SV-2_4(a)).pdf<br>R-250 (ND-WB-2).pdf<br>R-251 (ND-DK-4).pdf<br>R-252 (N-DWT-9).pdf<br>R-253 (ND-WB-15).pdf<br>R-254 (ND-CSW-14).pdf<br>R-255 (ND-CSW-15).pdf<br>R-256 (N-DWT-10).pdf<br>R-257 (ND-WB-16).pdf<br>R-258 (N-DWT-10).pdf<br>R-259 (N1-CD-SW).pdf |

| 11.) REPORTS | 01.07.2022 SURV REPORT (Resupply - KINCHEN_AMARAL_PINKNEY).pdf<br>01.07.2022 SURV Report 210212054-MC.pdf<br>01.14.2022 SURV REPORT (KINCHEN_SCOTT).pdf<br>01.18.2022 ETD Install (3) (KINCHEN).pdf<br>01.20.2022 SURV REPORT (KINCHEN_SCOTT).pdf<br>01.29.2022 ARREST REPORT - KINCHEN.pdf<br>01.29.2022 SEARCH WARRANT REPORT - 6 Cassidy Court (SCOTT-Arrest).pdf<br>01.29.2022 SEARCH WARRANT REPORT - 325 Westbrook Lane (KINCHEN_SOMESSO).pdf<br>01.29.2022 SEARCH WARRANT REPORT-315 Commercial Drive (KINCHEN_Dimaujae_Pinkney).pdf<br>01.29.2022 SURV REPORT (Resupply - KINCHEN_AMARAL_SOMESSO).pdf<br>01.2022 ADM REPORT (Violence - KINCHEN_DENIGUEL_WRIGHT).pdf<br>02.02.2022 SEARCH WARRANT REPORT - Sentry Safe (KINCHEN_SOMESSO).pdf<br>02.03.2022 REPORT OF INTERVIEW - PINKNEY.pdf<br>02.04.2022 SEARCH WARRANT REPORT - 906 Crosby Street (SCOTT).pdf<br>02.12.2021 CONT BUY - SCOTT (1).pdf<br>02.17.2022 REPORT OF INTERVIEW - PIERCE.pdf<br>02.18.2022 REPORT OF INTERVIEW - CONEY.pdf<br>03.01.2022 CHAIN OF CUSTODY REPORT.pdf<br>03.14.2022 DNA SW (Execution) - KINCHEN.pdf<br>03.22.2021 CONT BUY - SCOTT (2).pdf<br>05.04.2021 CONT BUY - SCOTT (3).pdf<br>05.16.2022 ADM REPORT (Logging of DIS DRIVES).pdf<br>06.02.2021 CONT BUY - SCOTT (4).pdf<br>06.12.2021 SURV - JOHNSON.pdf<br>07.19.2021 SURV REPORT (JOHNSON_MANGUM).pdf<br>07.21.2021 SURV REPORT (MANGUM_JOHNSON).pdf<br>07.23.2021 SURV REPORT (SCOTT_HORNE).pdf<br>07.31.2021 SURV REPORT (MANGUM_JOHNSON).pdf<br>08.09.2021 SURV REPORT (KINCHEN_SCOTT_HELDORE).pdf<br>08.10.2021 SURV REPORT (KINCHEN_SCOTT).pdf<br>08.11.2021 SURV REPORT (KINCHEN_SCOTT_HELDORE).pdf<br>08.13.2021 SURV REPORT (KINCHEN_SCOTT).pdf<br>08.23.2021 SURV REPORT (KINCHEN).pdf<br>09.13.2021 SURV REPORT (JOHNSON_MANGUM).pdf<br>09.29.2021 SURV REPORT (Resupply - KINCHEN_AMARAL).pdf<br>10.22.2021 SURV REPORT (Resupply - KINCHEN_AMARAL).pdf<br>10.24.2021 SURV REPORT (KINCHEN_SMILEY_PINKNEY).pdf<br>10.27.2021 SURV REPORT (KINCHEN_SCOTT).pdf<br>11.24.2021 ETD Install (KINCHEN).pdf<br>11.29.2021 SURV REPORT (KINCHEN_HELDORE_SOMESSO).pdf<br>12.22.2021 ETD Install (2) (KINCHEN).pdf<br>12.2021 ADM REPORT (Violence - KINCHEN_DENIQUEL_WRIGHT).pdf<br>ADM REPORT - Financial Matters - SOMESSO Colony Bank.pdf<br>ANALYTICAL REPORT (2) - Resupply (KINCHEN_SCOTT_AMARAL).pdf<br>ANALYTICAL REPORT (3) - KINCHEN.pdf<br>ANALYTICAL REPORT 11.25-11.26 - Resupply (Kinchen_Amaral fl).pdf<br>CASE ACTIVITY REPORT - SCOTT.pdf<br>CNT 210212054-MC.pdf<br>DEA 6 Execution of FSW Aquistion of Exhibits N-1 through N-3 at 240 Deerwood Trail, Dublin, GA on 1-29-22_R[76431].pdf |
|---|---|

| | |
|---|---|
| 12.) RECORDS | CLEAR Records<br>FBI Airport Task Force (SWINTON Files)<br>SOMESSO Records<br>(Apache Address) Individual Report Plus Associates _ KETCHUM, TIMOTHY _ 11_05_21 05_27 PM _ Reference_ N_A.pdf<br>(Apache Address) Individual Report Plus Associates _ STALEY, KEVIN _ 11_05_21 05_30 PM _ Reference_ N_A.pdf<br>7.23.21 INTERIM LINE REPORT.pdf<br>11-30-20 check 14584 for 50,000 no hold per Stephen Browning.pdf<br>325 Westbrook Lane Pooler Chatham County, Georgia.pdf<br>2933839[DOT-Infintiy].pdf<br>CBY9860 - KINCHEN Reads (27).pdf<br>Chatham County Criminal Record for Lester Corely S5033550.pdf<br>Chatham County Criminal Record for Kevin Beaufort X0041689.pdf<br>Chatham County Criminal Record for P0505545.pdf<br>Chatham County Criminal Record for S5015182.pdf<br>Chatham County, Georgia 315 Commercial D8.pdf<br>Company Report _ ALL EYES ON ME CARWASH _ 05_20_21 10_26 AM _ Reference_ N_A.pdf<br>ELBERT, Jody Earl_NADDIS.pdf<br>GARCELL, Yender_DL-FL.pdf<br>GARCELL, Yender_DL-FL_VRs.pdf<br>GIGLIO, Ariel_NADDIS.pdf<br>Ifinity Trucking XDX 964Reads (21).pdf<br>IM Woodruff, Marquavious 1137683 profile.pdf<br>Individual Report Plus Associates _ AMARAL, ANGEL _ 11_02_21 04_57 PM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ BOLDEN, TRAVIS _ 07_06_21 11_18 AM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ BYRD, ADRIAN _ 06_21_21 11_27 AM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ COFFEE, KEITH _ 02_16_22 10_58 AM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ CORLEY, LESTER _ 11_03_21 04_21 PM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ FREEMAN, RUSSELL _ 07_02_21 02_29 PM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ JOHNSON, RASHAUD _ 07_02_21 02_52 PM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ PIERCE, INGA _ 02_16_22 10_12 AM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ SCOTT, SHERMAN _ 04_22_21 04_12 PM _ Reference_ N_A.pdf<br>Individual Report Plus Associates _ SWINTON, JUSTIN _ 09_27_21 02_41 PM _ Reference_ N_A.pdf<br>Infiniti Trucking C0234B Reads (23).pdf<br>Infiniti Trucking C0234B Reads (25).pdf<br>Infiniti Trucking C4375A Reads (24).pdf<br>Infiniti Trucking WQM191 Reads (22).pdf<br>Infinity Trucking WLL781 Reads (26).pdf<br>KINCHEN, Deniguel GA_DL_PIC.pdf<br>KINCHEN, Deniguel Rakeal (1).pdf<br>KINCHEN, Deniguel Rakeal (criminal history).pdf<br>LineReport.pdf<br>NN3691085-WRIGHT, Ramon Torrance.pdf<br>NN4520139-HELDORE, Tony.pdf<br>NN-7880027_GARCELL, Yender.pdf<br>Ramon Wright.pdf<br>Reads - SWINTON (28).pdf<br>ReportIOT_3306676.pdf<br>SBA and Bank docs re ATL Condo - KINCHEN.pdf<br>Sims, Johnny 1000790800.pdf<br>SOMESSO, Jacqueline_NADDIS (1).pdf<br>SOMESSO, Jacqueline_NADDIS.pdf<br>Tru Hauling LLC GADS License.pdf<br>Tru Ride Auto Brokers LLC GASS.pdf<br>XAI478 Reads (11).pdf<br>Xfinity Trucking C3097B Reads (18).pdf<br>Xfinity Trucking CS168B Reads (16).pdf<br>Xfinity Trucking WXD991 Reads (19).pdf<br>Xfinity Trucking WXE015 Reads (17).pdf<br>Xfinity Trucking XFV188 Reads (15).pdf<br>Xfinity Trucking XNJ999 Reads (14).pdf<br>Xfinity Trucking XQS 279 Reads (13).pdf<br>Xfinity Trucking XQS284 Reads (12).pdf |
| 13.) 404(b) RECORDS | Dennis R Kinchen US District Court Judgement - SDGA.pdf<br>Heldore, Tony - USDC District of Maryland 1 99-CR-00074-JFM Order Reducing Sentence.pdf<br>Heldore, Tony - USDC District of Maryland Conviction 1 99-CR-00074-JFM.pdf |

| | |
|---|---|
| 14.) FIREARMS | Firearm Photos<br>eTrace_BERETTA_9mm_CX41627.pdf<br>eTrace_Mossberg_12_AF220613.pdf<br>eTrace_Taurus_PT111_GS 9mm_TIN46457.pdf<br>FIREARM INTERSTATE NEXUS REQUEST - 1.pdf<br>FIREARM INTERSTATE NEXUS REQUEST - 2.pdf<br>FIREARM INTERSTATE NEXUS REQUEST - 3.pdf<br>FIREARM INTERSTATE NEXUS REQUEST - 4.pdf<br>Signed Nexus DEA CNT 210212054-MC.pdf<br>TaurusPT738.380_19313E-eTrace.pdf |
| 15.) DEVICE DOWNLOADS | Phones<br>Somesso AXIOM Export |
| 16.) INMATE JAIL COMMUNICATIONS (CCDC_Paytel) | BOND ISSUE CALLS<br>16_5033_20220414085431524379 9_cmpetrou.zip<br>16_5033_20220414085814964482 5_cmpetrou.zip<br>16_5033_20220414090117801291 3_cmpetrou.zip<br>16_5033_20220414090239360987 9_cmpetrou.zip<br>16_5033_20220414090400745643 9_cmpetrou.zip<br>16_5033_20220414090925505100 1_cmpetrou.zip<br>16_5033_20220414091107696915 4_cmpetrou.zip<br>16_5033_20220414091430711852 9_cmpetrou.zip<br>16_5033_20220414091531823571 2_cmpetrou.zip<br>16_5033_20220414091713453215 9_cmpetrou.zip<br>16_5033_20220414091915397078 3_cmpetrou.zip<br>16_5033_20220414092016501994 1_cmpetrou.zip<br>16_5033_20220414092117599608 6_cmpetrou.zip<br>16_5033_20220414092218691084 5_cmpetrou.zip<br>16_5033_20220414092319768107 9_cmpetrou.zip<br>16_5033_20220414092441216804 6_cmpetrou.zip<br>16_5033_20220414092622872310 0_cmpetrou.zip<br>16_5033_20220414092804505177 4_cmpetrou.zip<br>16_5033_20220414093027002594 5_cmpetrou.zip<br>16_5033_20220414093148358468 5_cmpetrou.zip<br>16_5033_20220414093249461746 1_cmpetrou.zip<br>16_5033_20220414093411084138 1_cmpetrou.zip<br>16_5033_20220414093734277894 1_cmpetrou.zip<br>16_5033_20220414093835381700 3_cmpetrou.zip<br>AllResidentMessages_DENNIS KINCHEN.pdf |
| SENSITIVE CASE MATERIALS | CI 15-88 (File) |

| Subpoena_Doc | Comcast-Serviced.pdf<br>Oath Holdings-Serviced.pdf<br>Verizon-Serviced.pdf |
|---|---|

## Discovery No. 2 Index

KINCHEN, DENNIS RODRIGUEZ, ET AL.NJA.GJ.08.02.22.pdf

13

Discovery Package 1
United States v. Dennis Rodriguez Kinchen et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:22-CR-114** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DENNIS RODRIGUEZ KINCHEN** | ) | |

**CERTIFICATE OF SERVICE FOR**
**GOVERNMENT'S FIRST CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of October 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

***s/ Marcela C. Mateo***
Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: marcela.mateo@usdoj.gov