# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **4:22-cr-114**

United States of America

vs.

**Tony Heldore (10:20 - 10:45)**

Defendant/Age

**Marcela Mateo, AUSA**

U. S. Attorney

**Maria Justus, appointed**

Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **1, lesser included offense,** of the indictment.
- [✓] Factual basis **Established. Written. Plea Accepted** Witness for factual basis **n/a** .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **August 10, 2023** at **10:00 am** .
- [✓] Bond Continued ____ Bond modified to _____ .
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **R. Stan Baker, U. S. District Judge**    Date **03-23-2023**

Court Reporter **Kelly McKee**    Probation Officer **Hilton**

Courtroom Deputy Clerk **Pam Hammock**    U.S. Marshal **Scripture**