UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 4:22-CR-114 |
| | ) | |
| **JACQUELINE SOMESSO** | ) | |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the Defendant. Such resolution involves a plea agreement to an Information in a new criminal case (4:23-CR-29). At sentencing in that matter, the Government will move to dismiss the Indictment pending against the Defendant in the above-referenced matter. A copy of the plea agreement has been provided to the Court for its consideration.

This 28th day of March 2023.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: marcela.mateo@usdoj.gov

*s/ Marcela C. Mateo*
Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 28th day of March 2023.

                                        JILL E. STEINBERG
                                        UNITED STATES ATTORNEY

| | |
|---|---|
| 22 Barnard Street, Suite 300 | ***s/ Marcela C. Mateo*** |
| Savannah, Georgia 31401 | Marcela C. Mateo |
| Telephone: (912) 652-4422 | Assistant United States Attorney |
| Facsimile: (912) 652-4991 | Georgia Bar No. 397722 |
| E-mail: marcela.mateo@usdoj.gov | |